

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166
____
Telephone (212) 209-3933
Facsimile (212) 209-7102

August 5, 2022

**BY ECF**

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The case management conference scheduled on August 8, 2022, is converted to a teleconference. At the scheduled time, counsel for the parties shall call the Court conference line at (866) 434-5269, Code: 4858267
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.   8/7/2022

Re:   *Encarnacion v. SJW*
      *Case No. 22-CV-2200 (PAE)(KHP)*

Dear Judge Parker,

    We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on Monday, August 8, 2022 at 10:15 a.m. Please accept this letter as plaintiff's motion to convert the conference to a telephone or zoom conference. The basis for the request is that plaintiff's counsel will be traveling from the southern part of New Jersey, which when factoring in morning commute traffic, will likely require a multiple hour commute to the courthouse. Defendants consent/join in this application.

    No prior request for similar relief has been made.

    We thank the Court for considering this application.

                                               Respectfully submitted,

                                               /s/ *Justin Cilenti*
                                               Justin Cilenti

cc: Sean Kwak, Esq. (by ECF)