# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

January 5, 2023

BY ECF

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*Hon. Katharine H. Parker, U.S.M.J.*

01/05/2023

      Re:    *Encarnacion v. SJW Sushi Corp., et al.*
               Case No. 22-CV-2200 (PAE) (KHP)

Dear Judge Parker,

      We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. A settlement conference is scheduled before Your Honor on January 12, 2023, at 2:00 p.m. However, the parties are pleased to advise that they have reached a settlement in principle. Accordingly, please accept this letter as the parties' joint request to adjourn the conference *sine die*, and to permit the parties thirty days to submit their agreement to the Court for review and approval.

      We thank the Court for considering this application.

                                        Respectfully submitted,

                                        /s/ *Justin Cilenti*
                                        Justin Cilenti

cc: Sean Kwak, Esq. (by ECF)